UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

06 Cr. 1156 (SCR)

v.

John Curet,

---

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated May 9, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: May 22, '08

SO ORDERED:

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____